# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | WAIVER OF INDICTMENT |
| V. | ) | |
| | ) | |
| SKYLAR ANTONIO BRADEN, | ) | CASE NUMBER: W-18-CR-210 |
| | ) | |
| Defendant. | ) | |

I, **SKYLAR ANTONIO BRADEN**, the above named defendant, who is accused in one count of *Failure to Register as a Sex Offender*, in violation of Title 18, United States Code, Sections 2250(a)(2)(B) and (3), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 4, 2018, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
SKYLAR ANTONIO BRADEN
Defendant

_____
ZACHARY L. BOYD
Counsel for Defendant

BEFORE: _____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

FILED SEP 04 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK